FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE MAY 16 AM 9: 10
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MICHAEL LUSTER,

    Plaintiff,

VS.                                                                NO. 03-2244-Ma

ML TENNESSEE APARTMENTS, LP,
and EQUITY RESIDENTIAL PROPERTIES
MANAGEMENT CORPORATION,

    Defendants.

---

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the May 13, 2005, motion for admission *pro hac vice* of Christopher

T. Byrd.  Mr. Byrd is a member in good standing of the bars of the States of Georgia and

Nevada.  Mr. Byrd has obtained and is familiar with the local rules and professional guidelines of

this court.

For good cause shown, the motion is granted and Christopher T. Byrd is admitted to

participate in this action as counsel for defendant Equity Residential Properties Management

Corporation.

It is so ORDERED this 13th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-17-05

(61)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:03-CV-02244 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Y. Kevin Williams
WEINBERG WHEELER HUDGINS GUNN & DIALS, LLC
950 East Paces Ferry Road
Ste. 3000
Atlanta, GA 30326

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Brian P. Strength
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Jock M. Smith
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Jeffery S. Glatstein
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Christopher T. Byrd
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
950 East Paces Ferry Road
Ste. 3000
Atlanta, GA 30326

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT