IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -7 PM 4: 28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MICHAEL LUSTER,

   Plaintiff,

v.             Case No. 03-2244-Ma

ML TENNESSEE APARTMENTS LP, et al.,

   Defendants.

---

### ORDER ON JURY VERDICT

---

  This action came on for trial before the Court and a jury on May 23, 2005, the Honorable Samuel H. Mays, Jr., U.S. District Judge, presiding.

  The plaintiffs were represented by counsel, Mr. Brian Strength, Ms. Danese Banks and Mr. Jock Smith. The defendants were represented by counsel, Mr. Kevin Williams, Mr. Christopher Byrd, Mr. Robert Flynn and Mr. Jeffrey Glatstein.

  After hearing all proof presented, arguments of counsel and jury charge, the jury began deliberations on May 31, 2005. Thereafter, the jury returned into open court on June 1, 2005 and announced the following verdict:

  1. That defendants ML Tennessee Apartments and Equity Residential Properties Management Corporation were negligent and that said negligence was a legal cause of Plaintiff Michael Luster's claimed injuries and losses.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-8-05



2. That plaintiff Michael Luster was negligent and that said negligence was a legal cause of Plaintiff Michael Luster's claimed injuries and losses.

3. That the percentage of fault attributed was forty-five (45%) percent as to plaintiff Michael Luster and fifty-five (55%) percent as to defendants ML Tennessee Apartments and Equity Residential Properties Management Corporation.

4. That the total amount of damages sustained by plaintiff Michael Luster is $2,500,000.00.

The jurors were polled individually and discharged.

ENTERED this \_\_6th\_\_ day of June, 2005.

/s/ signature

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:03-CV-02244 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Y. Kevin Williams
WEINBERG WHEELER HUDGINS GUNN & DIALS, LLC
950 East Paces Ferry Road
Ste. 3000
Atlanta, GA 30326

Brian P. Strength
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Christopher T. Byrd
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
950 East Paces Ferry Road
Ste. 3000
Atlanta, GA 30326

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jock M. Smith
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Jeffery S. Glatstein
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT