# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

WESTERN DIVISION

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210



August 10, 2005

RE: MICHAEL LUSTER vs. ML TENNESSEE APARTMENTS LP, ET AL.
03cv2244-Ma

Dear Counsel:

It appears in the above referenced cause that the parties are unable to agree on the taxation of costs.

Pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, the Clerk will tax costs on Thursday, September 8, 2005 @ 10:00 a.m., in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk will accept the citation of any law the parties think appropriate, but such submissions must be received no later than one week prior to the scheduled hearing.

Sincerely,

Thomas M. Gould, Clerk

by: *Earline Drayer*
Deputy Clerk

/ehg
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:03-CV-02244 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jeffery S. Glatstein
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Christopher T. Byrd
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
950 East Paces Ferry Road
Ste. 3000
Atlanta, GA 30326

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Brian P. Strength
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Y. Kevin Williams
WEINBERG WHEELER HUDGINS GUNN & DIALS, LLC
950 East Paces Ferry Road
Ste. 3000
Atlanta, GA 30326

Jock M. Smith
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Honorable Samuel Mays
US DISTRICT COURT